PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

Judge Watson

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 0645 2:14CR20178 |
| DOCKET NUMBER (Rec. Court) | 2:21-cr-174 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gregory Howard | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Avern Cohn<br>Reassigned to David M. Lawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/11/2019 — TO 10/10/2022 |

**OFFENSE**
Count 3: 21 U.S.C. 846- Conspiracy to Possess With Intent to Distribute and Distribution of a Controlled Substance

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of Ohio  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| September 22, 2021 | s/ David M. Lawson |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Oct. 7, 2021 | s/ Michael H. Watson |
|---|---|
| Effective Date | United States District Judge |